|  |  |  |
|---|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated, | ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-10242 |
| v. | ) ) ) | |
| John Boos & Co., | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: April 7, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn NY 11234
O: (929) 442-2154
Email: achan@ealg.law
Attorneys for Plaintiff

**/s/ Brian M. Dougherty**
By: Brian M. Dougherty
Gordon Rees Scully Mansukhani, LLP
One North Wacker Drive, Suite 1600
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
Email: bmdougherty@grsm.com
Attorneys for Defendant